IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TROY KENDRICK, JR.                                                                           PETITIONER
#28352-034

v.                                           2:25-cv-00055-JM-JJV

FCI FORREST CITY WARDEN                                                            RESPONDENT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody, Jr.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

### DISPOSITION

Petitioner Troy Kendrick, Jr., an inmate at the Federal Correctional Institution – Forrest City Low, filed this 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus *pro se*.  (Doc. No. 1.)  In it, he "challeng[es] the validity of [his] sentence," arguing he should not have been designated a career offender.  (*Id*. at 1-3.)  Now pending before the Court is Mr. Kendrick's Motion to Dismiss, in which he asks to withdraw his Petition on the basis that it is "no longer viable."  (Doc. No. 2 at 1.)  I find the Motion to Dismiss should be GRANTED and Mr. Kendrick's Petition for Writ of Habeas Corpus should be dismissed without prejudice.  *See* Fed. R. Civ. P. 41(a)(2) (an action may be dismissed at the plaintiff's request on terms that the court considers proper); R. 12, Rules

Governing Section 2254 Cases in the United States District Courts (the Federal Rules of Civil Procedure may be applied to habeas proceedings).

IT IS, THEREFORE, RECOMMENDED that Petitioner's Motion to Dismiss (Doc. No. 2) be GRANTED and the Petition for Writ of Habeas Corpus (Doc. No. 1) be DISMISSED without prejudice.

DATED this 1st day of April 2025.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE