IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TROY KENDRICK, JR.                                                                                          PETITIONER
#28352-034

v.                                        2:25-cv-00055-JM-JJV

FCI FORREST CITY WARDEN                                               RESPONDENT

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice.

Dated this 22nd day of April, 2025.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE