# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

TROY KENDRICK, JR.                                                                          PETITIONER
#28352-034

v.                                      2:25-cv-00055-JM-JJV

FCI FORREST CITY WARDEN                                                          RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

Dated this 22nd day of April, 2025.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE